United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247

Elizabeth Ziegler Young
for the United States Trustee
*Elizabeth.a.young@usdoj.gov*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **ROOFTOP GROUP USA, INC.,** | § § | Case No. 19-44234-mxm-11 |
| **Debtor-in-Possession.** | § § | |

**CHAPTER 11 NOTICE OF APPOINTMENT OF TRUSTEE
AND OF AMOUNT OF BOND**

TO:    **Daniel J. Sherman, Sherman & Yaquinto, LLP, 509 North Montclair Avenue, Dallas, Texas 75208**

Pursuant to 11 U.S.C. § 1104(c), you are hereby appointed as Trustee in the above-captioned cases.

Your bond is fixed at **$10,000 personal recognizance.**

Pursuant to Federal Rule of Bankruptcy Procedure 2008, please signify your acceptance of this appointment by dating and signing this form as well as the required verified affidavit and returning it to the Office of the United States Trustee within five (5) days of the date of receipt. Pursuant to 11 U.S.C. § 322(a), you must insure that a bond in favor of the United States is filed with the Clerk of the Court within five (5) days of the date of your selection as Trustee. The bond must be filed before you begin to perform your official duties. In addition, you must submit the security clearance information requested by the Office of the United States Trustee within ten (10) working days of the date of this appointment.

DATED: May 12, 2020                                      /s/ *William T. Neary,*
                                                                              WILLIAM T. NEARY
                                                                              UNITED STATES TRUSTEE

I hereby accept my appointment as Trustee in the above-captioned case.

DATED: 5/12/20

Daniel J. Sherman