



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 12, 2020**

*Mark X. Mullin*
**United States Bankruptcy Judge**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **ROOFTOP GROUP USA, INC.,** § | Case No. 19-44234-mxm-11 |
| § | |
| **Debtor-in-Possession.** § | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Came on for consideration, the United States Trustee's Application to Approve Appointment of Chapter 11 Trustee filed in the above entitled case. It appearing Daniel J. Sherman was selected by the United States Trustee after consulting with the appropriate parties-in-interest, that Mr. Sherman appears to be qualified under 11 U.S.C. §321(a) to serve as Chapter 11 Trustee in this case, and that he represents that he has no connection with the United States Trustee or any persons employed by the United States Trustee, it is therefore

ORDERED, that the appointment of Daniel J. Sherman as Chapter 11 Trustee in this case is approved.

# end of order #